# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JABBAR WALLACE,<br><br>   Petitioner,<br><br>        v.<br><br>SUPERINTENDENT OF SCI HUNTINGDON,<br><br>   Respondent. | CIVIL ACTION NO. 3:14-CV-01424<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 8th day of January, 2018, upon consideration of Petitioner Jabbar Wallace's Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2254(d) (Doc. 1), the Report and Recommendation ("R&R") of Magistrate Judge Schwab (Doc. 21), and Petitioner's objections to the R&R (Doc. 25), **IT IS HEREBY ORDERED** that:

(1) The R&R of Magistrate Judge Schwab is **APPROVED** and **ADOPTED** as supplemented;

(2) Petitioner Jabbar Wallace's Petition for a Writ of Habeas Corpus is **DENIED**;

(3) Since Petitioner Jabbar Wallace has failed to make "a substantial showing of the denial of a constitutional right," a certificate of appealability **SHALL NOT** issue.

(4) The Clerk of Court is directed to **CLOSE** this case.

                                             /s/ A. Richard Caputo
                                             A. Richard Caputo
                                             United States District Judge